Case 21-21922-GLT Doc 2-1 Filed 08/31/21 Entered 08/31/21 09:57:07 Desc BNC PDF Notice: Notice Recipients Page 1 of 1

# Notice Recipients

District/Off: 0315–2  User: dkam  Date Created: 9/1/2021
Case: 21–21922–GLT  Form ID: pdf900  Total: 19

**Recipients of Notice of Electronic Filing:**
ust  Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
tr   Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
aty  Bryan P. Keenan  keenan662@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        John C. Martinec  2623 Beaver Road  Ambridge, PA 15003
15406823  Amex  Correspondence/Bankruptcy  Po Box 981540  El Paso, TX 79998
15406824  Bank of America  Attn: Bankruptcy  Po Box 982234  El Paso, TX 79998
15406825  Barclays Bank Delaware  Attn: Bankruptcy  Po Box 8801  Wilmington, DE 19899
15406826  Cb/sonyvisa  Attn: Bankruptcy  Po Box 182273  Columbus, OH 43218
15406827  Chase Card Services  Attn: Bankruptcy  Po Box 15298  Wilmington, DE 19850
15406828  Citi/L.L. Bean  Attn: Bankruptcy  Po Box 6742  Sioux Falls, SD 57117
15406829  Citibank  Citicorp Credit Srvs/Centralized Bk dept  Po Box 790034  St Louis, MO 63179
15406830  Citibank North America  Citibank SD MC 425  5800 South Corp Place  Sioux Falls, SD 57108
15406831  Citibank/The Home Depot  Citicorp Credit Srvs/Centralized Bk dept  Po Box 790034  St Louis, MO 63179
15406832  Costco Anywhere Visa Card  Attn: Bankruptcy  Po Box 6500  Sioux Falls, SD 57117
15406833  Discover Financial  Attn: Bankruptcy  Po Box 3025  New Albany, OH 43054
15406834  Francine A. Martinec  71 D Street  Beaver, PA 15009
15406835  RoundPoint Mortgage Servicing Corporatio  Attn: Bankruptcy  Po Box 19409  18,930.00  Charlotte, NC 28219
15406836  Synchrony Bank/Amazon  Attn: Bankruptcy  Po Box 965060  Orlando, FL 32896
15406837  Toyota Financial Services  Attn: Bankruptcy  Po Box 8026  Cedar Rapids, IA 52409

TOTAL: 16