IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 21-21922-GLT |
| John C. Martinec ) | Chapter 13 |
| ) | |
| Debtor ) | Response Due: 11/27/2023 |
| Bryan Keenan, Esquire ) | Hearing date: 12/15/2023 |
| APPLICANT ) | at 1:30 p.m. |
| vs. ) | |
| No Respondent(s) ) | Related to Docket No. 48 |

## MODIFIED ORDER OF COURT

AND NOW, to-wit, this 1st day of December, 2023, upon consideration of the Application of Bryan Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from July 13, 2021 through November 9, 2023 in the total amount of $7,025.00 which represents $6,525.00 in attorney fees and $500.00 in costs. This total amount reflects an adjustment made by the Court to correct an erroneous charge for the attendance of a conciliation conference that did not occur.

Counsel for the debtor has previously received $5,500.00, which represents $5,000.00 for fees and $500.00 for expenses incurred, which shall be deducted form the total approved fees and costs.

**IT IS FURTHER ORDERED** that the remaining balance of $1,525.00 shall be paid from the funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved, but before a Debtor refund is issued. The fees shall not decrease the amount to be paid to other creditors through the Chapter 13 Plan.

BY THE COURT

_____ cgr
Chief Judge Greggory L. Taddonio
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21922-GLT |
| John C. Martinec | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Martinec, 2623 Beaver Road, Ambridge, PA 15003-1414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 03, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor John C. Martinec keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Dec 01, 2023    Form ID: pdf900    Total Noticed: 1
TOTAL: 5