**Fill in this information to identify the case:**

Debtor 1: JOHN C. MARTINEC

Debtor 2: _____
(Spouse, if filing)

Unites States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case Number: 21-21922GLT

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 11-2

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 8 8

**Property Address:** 2623 BEAVER RD
AMBRIDGE PA 15003

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 16.87 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 16.87 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 16.87 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
Current monthly mortgage payment: $ $647.11
The next postpetition payment is due on 6 / 1 / 2025
MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

Form 4100N    **Notice of Final Cure Payment**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **JOHN C. MARTINEC** | Case number *(if known)* | **21-21922GLT** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor( s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor( s) have paid in full the amount required to cure the default and stating whether the debtor( s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | | | |
|---|---|---|---|
| | /s/ Ronda J. Winnecour | Date | 05/28/2025 |
| | Signature | | |
| Trustee | Ronda J. Winnecour | | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | | |
| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | JOHN C. MARTINEC | Case number *(if known)* 21-21922GLT |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **Post Petition Escrow (Part *** ERROR ***** | | | | |
| 03/25/2022 | 1228340 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 562.98 |
| 04/26/2022 | 1231362 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 439.54 |
| 05/25/2022 | 1234411 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 362.83 |
| 06/27/2022 | 1237426 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 313.88 |
| 07/26/2022 | 1240377 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 281.89 |
| 08/24/2022 | 1243288 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 260.52 |
| 09/27/2022 | 1246144 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 245.96 |
| 10/25/2022 | 1248980 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 231.00 |
| 11/23/2022 | 1251760 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 234.91 |
| 12/22/2022 | 1254539 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 237.94 |
| 01/26/2023 | 1257270 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 240.29 |
| 02/23/2023 | 1259917 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 242.10 |
| 03/28/2023 | 1262665 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 243.50 |
| 04/25/2023 | 1265491 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 244.59 |
| 05/25/2023 | 1268326 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 245.42 |
| 06/26/2023 | 1271234 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 243.22 |
| 07/25/2023 | 1274025 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 243.71 |
| 08/25/2023 | 1276791 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 244.08 |
| 09/26/2023 | 1279547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 369.16 |
| 10/25/2023 | 1282255 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 369.71 |
| 11/10/2023 | | FREEDOM MORTGAGE CORPORATION | REALLOCATION OF CONTINUING DEBT | -5,857.23 |
| | | | | 0.00 |
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 12/21/2023 | 1287547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 16.87 |
| | | | | 16.87 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/22/2021 | 1216357 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,082.27 |
| 11/22/2021 | 1216357 | FREEDOM MORTGAGE CORP | INTEREST | 265.69 |
| 12/23/2021 | 1219416 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 606.26 |
| 12/23/2021 | 1219416 | FREEDOM MORTGAGE CORP | INTEREST | 62.48 |
| 01/26/2022 | 1222493 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,277.17 |
| 01/26/2022 | 1222493 | FREEDOM MORTGAGE CORPORATION | INTEREST | 60.27 |
| 02/23/2022 | 1225405 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 612.95 |
| 02/23/2022 | 1225405 | FREEDOM MORTGAGE CORPORATION | INTEREST | 55.61 |
| 03/25/2022 | 1228340 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 319.24 |
| 03/25/2022 | 1228340 | FREEDOM MORTGAGE CORPORATION | INTEREST | 53.38 |
| 04/26/2022 | 1231362 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 385.29 |
| 04/26/2022 | 1231362 | FREEDOM MORTGAGE CORPORATION | INTEREST | 52.21 |
| 05/25/2022 | 1234411 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 427.04 |
| 05/25/2022 | 1234411 | FREEDOM MORTGAGE CORPORATION | INTEREST | 50.81 |
| 06/27/2022 | 1237426 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 454.36 |
| 06/27/2022 | 1237426 | FREEDOM MORTGAGE CORPORATION | INTEREST | 49.25 |
| 07/26/2022 | 1240377 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 472.87 |
| 07/26/2022 | 1240377 | FREEDOM MORTGAGE CORPORATION | INTEREST | 47.59 |
| 08/24/2022 | 1243288 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 485.86 |
| 08/24/2022 | 1243288 | FREEDOM MORTGAGE CORPORATION | INTEREST | 45.87 |
| 09/27/2022 | 1246144 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 495.32 |
| 09/27/2022 | 1246144 | FREEDOM MORTGAGE CORPORATION | INTEREST | 44.10 |
| 10/25/2022 | 1248980 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 491.26 |
| 10/25/2022 | 1248980 | FREEDOM MORTGAGE CORPORATION | INTEREST | 42.29 |
| 11/23/2022 | 1251760 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 522.82 |
| 11/23/2022 | 1251760 | FREEDOM MORTGAGE CORPORATION | INTEREST | 40.50 |
| 12/22/2022 | 1254539 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 547.99 |
| 12/22/2022 | 1254539 | FREEDOM MORTGAGE CORPORATION | INTEREST | 38.60 |
| 01/26/2023 | 1257270 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 568.17 |
| 01/26/2023 | 1257270 | FREEDOM MORTGAGE CORPORATION | INTEREST | 36.60 |
| 02/23/2023 | 1259917 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 584.39 |
| 02/23/2023 | 1259917 | FREEDOM MORTGAGE CORPORATION | INTEREST | 34.53 |
| 03/28/2023 | 1262665 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 597.56 |
| 03/28/2023 | 1262665 | FREEDOM MORTGAGE CORPORATION | INTEREST | 32.40 |
| 04/25/2023 | 1265491 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 608.30 |

| Debtor 1 | JOHN C. MARTINEC | Case number *(if known)* | 21-21922GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued…** | | | | |
| 04/25/2023 | 1265491 | FREEDOM MORTGAGE CORPORATION | INTEREST | 30.22 |
| 05/25/2023 | 1268326 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 617.17 |
| 05/25/2023 | 1268326 | FREEDOM MORTGAGE CORPORATION | INTEREST | 28.00 |
| 06/26/2023 | 1271234 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 617.05 |
| 06/26/2023 | 1271234 | FREEDOM MORTGAGE CORPORATION | INTEREST | 25.75 |
| 07/25/2023 | 1274025 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 623.23 |
| 07/25/2023 | 1274025 | FREEDOM MORTGAGE CORPORATION | INTEREST | 23.50 |
| 08/25/2023 | 1276791 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 628.53 |
| 08/25/2023 | 1276791 | FREEDOM MORTGAGE CORPORATION | INTEREST | 21.23 |
| 09/26/2023 | 1279547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 966.19 |
| 09/26/2023 | 1279547 | FREEDOM MORTGAGE CORPORATION | INTEREST | 18.94 |
| 10/25/2023 | 1282255 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 972.77 |
| 10/25/2023 | 1282255 | FREEDOM MORTGAGE CORPORATION | INTEREST | 15.41 |
| 11/10/2023 | | FREEDOM MORTGAGE CORPORATION | REALLOCATION OF PRINCIPAL | 7,032.46 |
| 11/10/2023 | | FREEDOM MORTGAGE CORPORATION | REALLOCATION OF INTEREST | -1,175.23 |
| 05/29/2024 | 1300881 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 822.62 |
| 06/25/2024 | 1303453 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 675.99 |
| 07/25/2024 | 1306017 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 20.47 |
| 08/26/2024 | 1308629 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,331.51 |
| 09/25/2024 | 1311195 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 675.99 |
| 10/25/2024 | 1313746 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 675.99 |
| 11/25/2024 | 1316321 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 675.99 |
| 01/28/2025 | 1321192 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,071.15 |
| 02/25/2025 | 1323643 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 776.57 |
| 03/26/2025 | 1326109 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 647.11 |
| | | | | 29,369.91 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JOHN C. MARTINEC
2623 BEAVER ROAD
AMBRIDGE, PA  15003

BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 200
PITTSBURGH, PA  15220

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPT-PAYMENT PROCESSING
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN  46037-7939

BROCK & SCOTT PLLC*
3825 FORRESTGATE DR
WINSTON SALEM, NC  27103


5/28/25                                               /s/ Roberta Saunier
                                                      _____
                                                      Administrative Assistant
                                                      Office of the Chapter 13 Trustee